

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00094-CV

**IN THE INTEREST OF R.H.Z.**, A.S.Z., and F.V.Z., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02484
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellants are indigent, no costs of this appeal are assessed.

SIGNED July 18, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice